## INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):  3/8/11

2. Deadline for first request for production of documents and first request for interrogatories (if later than the date of the initial conference, please explain why on a separate page):  3/8/11

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:  plaintiff(s) 0 ; defendant(s) 0

3. Date for completion of any joinder of additional parties and amendment of the pleadings:  4/9/11

3(a). Number of proposed additional parties to be joined, if any, by:  plaintiff(s) 1-2 ; defendant(s) 0

4. Number of depositions by plaintiff(s) of:  parties 3-4; non-parties 2

5. Number of depositions by defendant(s) of:  parties 2 ; non-parties 2

6. Date of status conference (joint status report due two business days in advance):  _____

7. Date for completion of factual discovery:  7/8/11

8. Are expert witnesses needed?  Yes ___  No X

8(a). Number of expert witnesses, if any, of plaintiff(s):  medical n/a; non-medical n/a

8(b). Date for completion of those expert reports:  n/a

8(c). Number of expert witnesses, if any, of defendant(s):  medical n/a ; non-medical n/a

8(d). Date for completion of those expert reports:  n/a

9. Date for completion of expert discovery:  n/a

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via fax two business days in advance):  _____

11. Types of contemplated dispositive motions by
    plaintiff(s) <u>and</u> dates for filing of those motions:   <u>summary judgment</u>
    <u>     8/12/11     </u>

12. Types of contemplated dispositive motions by
    defendant(s) <u>and</u> dates for filing of those motions:   <u>summary judgment</u>
    <u>     8/12/11     </u>

13. Have counsel reached any agreements regarding
    electronic discovery? (If so, please describe at
    the initial conference.)                                   Yes <u>   </u>  No <u> X </u>

14. Have counsel reached any agreements for disclosure
    of experts' work papers (including drafts) and
    communications with experts? (If so, please describe
    on a separate page.)                                       Yes <u>   </u>  No <u>n/a</u>

15. Will the parties unanimously consent to trial before a
    magistrate judge pursuant to 28 U.S.C. §636(c)? (If
    any party declines to consent, answer no but do <u>not</u>
    indicate which party declined.)                            Yes <u>   </u>  No <u> X </u>